**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:19-CV-62565-RS

RYAN TURIZO,

      Plaintiff,

vs.

4BUSH HOLDINGS LLC, and
JARED FORBUSH,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 12**

Plaintiff RYAN TURIZO, by and though undersigned counsel, hereby gives notice of striking Plaintiff's First Amended Complaint [D.E. 12], as said filing was inadvertently filed with the incorrect spelling of the newly added Defendant. In particular, D.E. 12 identifies the newly added Defendant as "JARED FORDBORD;" however, as correctly identified herein, the correct spelling of the newly added Defendant is "JARED FORBUSH. A corrected filing shall be filed subsequent to this Notice.

DATED: December 16, 2019

                    Respectfully Submitted,

                    /s/ Jibrael S. Hindi
                    **JIBRAEL S. HINDI, ESQ.**
                    Florida Bar No.: 118259
                    E-mail:    jibrael@jibraellaw.com
                    **THOMAS J. PATTI, ESQ.**
                    Florida Bar No.: 118377
                    E-mail:    tom@jibraellaw.com
                    The Law Offices of Jibrael S. Hindi
                    110 SE 6th Street, Suite 1744
                    Fort Lauderdale, Florida 33301
                    Phone:    954-907-1136
                    Fax:      855-529-9540

                    *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 16, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Thomas J. Patti _
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com