**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62565-CIV-SMITH**

RYAN TURIZO,

    Plaintiff,

v.

4BUSH HOLDINGS, LLC, *et al.*,

    Defendants.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement [DE 18], which indicates that the parties have settled this case. Upon consideration, it is

**ORDERED** that

1) the Parties shall file the appropriate dismissal documents for the Court's consideration no later than **February 6, 2020**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 7th day of January 2020.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record