UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62565-CIV-SMITH

RYAN TURIZO,

    Plaintiff,

v.

4BUSH HOLDINGS, LLC, *et al.*,

    Defendants.

_____/

**ORDER DISMISSING CASE**

THIS CAUSE is before the Court on the Stipulation for Dismissal with Prejudice [DE 20] filed on January 9, 2020.  Upon consideration, it is

    **ORDERED** that

        1) All claims of Plaintiff, Ryan Turizo, are **DISMISSED WITH PREJUDICE.**

        2) All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE.**

        3) Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of January 2020.

                                          RODNEY SMITH
                                          UNITED STATES DISTRICT JUDGE

cc: counsel of record